UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GABRIEL MARTINEZ, *individual and
on behalf of others similarly situated*,

                Plaintiff,

-against-

SANSOOGAPSAN II, INC. (d/b/a SAN
SOO KAP SAN 2), YUN HWA NO AND
JOHN DOE,

                Defendants.
---------------------------------------------------------X

JUDGMENT
15-CV- 2749 (ENV)

       An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 8, 2016, adopting in its entirety the Report and Recommendation of Magistrate Judge Vera M. Scanlon, dated June 20, 2016; and dismissing the complaint with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; denying *in forma pauperis* status for purpose of an appeal; and directing the Clerk of Court to enter judgment for Plaintiff; it is

       ORDERED and ADJUDGED that the complaint is dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; that *in forma pauperis* status is denied for purpose of an appeal; and that judgment is hereby entered for Plaintiff Gabriel Martinez and against Defendants Sansoogapsan II, Inc. (d/b/a San Soo Kap San 2), and Yun Hwa No.

Dated: Brooklyn, New York
       August 08, 2016

                              Douglas C. Palmer
                              Clerk of Court

                      by:    */s/ Janet Hamilton*
                              Deputy Clerk